THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMAURY VILLALOBOS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lagana, J.), rendered January 14, 1982, convicting him of murder in the second degree (six counts) and arson in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to defendant's claim, we find that the trial court did not abuse its discretion in denying his motion for a severance inasmuch as defendant failed to make a showing that codefendant Mora would testify if the trials were severed and inasmuch as defendant failed to show that any testimony that Mora would give would tend to exculpate him (*see, People v Bornholdt,* 33 NY2d 75, *cert denied sub nom. Victory v New York,* 416 US 905; CPL 200.40 [1]). We have considered defendant's other contentions and either find them to be unpreserved or without merit. Gibbons, J. P., Thompson, Weinstein and Brown, JJ., concur.